**Opinion filed October 26, 2023**



In The

# Eleventh Court of Appeals

_____

## No. 11-23-00172-CR

_____

## GRENVEL DEAN TUTT, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 2**
**Taylor County, Texas**
**Trial Court Cause No. 2-106-19**

## M E M O R A N D U M   O P I N I O N

Appellant, Grenvel Dean Tutt, has filed a motion to withdraw his appeal. In his motion, Appellant states that he has instructed his counsel to withdraw the appeal and requests that we "Order his Appeal withdrawn." The motion is signed by both Appellant and Appellant's counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a).

We grant Appellant's motion and dismiss this appeal.

JOHN M. BAILEY

October 26, 2023                    CHIEF JUSTICE

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.